Decided January 7, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Parsons* v. *Federal Realty Corp.,* 105 Fla. 105; 143 So. 912; *Mutual Life Ins. Co.* v. *Hilton-Green,* 241 U. S. 613, 623; *American Fire Ins. Co.* v. *King Lumber Co.,* 250 U. S. 2, 10–11, 13–14; *Orient Ins. Co.* v. *Daggs,* 172 U. S. 557, 565–566; *National Ins. Co.* v. *Wanberg,* 260 U. S. 71, 73 *et seq.; Stipcich* v. *Insurance Co.,* 277 U. S. 311, 320; *Merchants Liability Co.* v. *Smart,* 267 U. S. 126, 129; *Hancock Mutual Life Ins. Co.* v. *Warren,* 181 U. S. 73, 76–77; *O'Gorman & Young* v. *Hartford Ins. Co.,* 282 U. S. 251, 257. *Messrs. John G. McKay* and *James A. Dixon* for appellant. *Messrs. Frederick M. Hudson* and *Garland M. McNutt* for appellee.

No. —, original. Ex PARTE MOONEY. January 7, 1935. Return to rule to show cause presented.

No. 47. ENELOW *v.* NEW YORK LIFE INSURANCE Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Charles H. Sachs* and *Louis Caplan* for petitioner. *Messrs. Louis H. Cooke* and *William H. Eckert* for respondent.

No. 51. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* UNION PACIFIC R. Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals